# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN KENYATTA SMITH, JR., <br><br> Plaintiff, <br><br> v. <br><br> OFFICER R. RODRIGUEZ, et al., <br><br> Defendants. | Case No. 1:18-cv-01236-EPG (PC) <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (ECF NO. 8) |

On October 5, 2018, Plaintiff filed a notice stating that he voluntarily dismissed this action. (ECF No. 8). In light of the dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: **October 10, 2018**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1